FILED

MAY 13 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>THOMAS SWIFT (D1),<br>KEVIN KENNEDY (D2),<br>ROBERT ROCCO (D3),<br>STEVEN ZUFALL (D4),<br>RUDY TIJERINA (D5),<br>LEWIS JIMENEZ (D6),<br>    aka Jesse Sandoval<br>KYLE KIMBREL (D7),<br>JORGE MORALES (D8),<br>JOSE RODRIGUEZ-PARRA (D9),<br>RANDY KENNEDY (D10),<br>GLENN SWIFT (D11),<br>GREGORY SWIFT (D12),<br>BRANDON GONZALEZ (D13),<br><br>          Defendants. | Criminal Case No. 08CR 1540-JM<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Manufacture Marijuana |

The United States Attorney charges:

Beginning at a date unknown and continuing up to and including April 14, 2008, within the Southern District of California, defendants THOMAS V. SWIFT, KEVIN D. KENNEDY, ROBERT ROCCO, STEVEN ZUFALL, RUDY TIJERINA, JESSE SANDOVAL, KYLE KIMBREL, JORGE MORALES, JOSE RODRIGUEZ, RANDY KENNEDY, GLENN SWIFT, GREGORY SWIFT, and BRANDON GONZALEZ did conspire to manufacture a controlled substance, to wit, 1000 and more marijuana plants, a Schedule I

```
 1  Controlled Substance, in violation of Title 21, United States Code,
 2  Sections 846 and 841(a)(1).
 3       DATED:  May 13, 2008          .
 4                                      KAREN P. HEWITT
                                        United States Attorney
 5
 6                                      STEWART M. YOUNG
                                        Assistant U.S. Attorney
 7
 8
 ...
28
```