**FRANK J. RAGEN Calif. Bar No. 054378**
105 West "F" Street, Suite 215
San Diego, California 92101
Telephone No. (619) 231-4330
Facsimile No. (619) 239-0056
Email: fjragen@aol.com

Attorney for Defendant
**STEVEN ZUFALL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEVEN ZUFALL (4), ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.: 08CR01540-JM <br><br> **SUBSTITUTION OF ATTORNEY** |

COMES NOW the defendant, STEVEN ZUFALL, and hereby substitutes, Attorney Frank J. Ragen, in place and in stead of, Attorney Ira Lee Plummer, for all purposes in the above-entitled matter.

Dated: 5/27/08

_____
STEVEN ZUFALL
Defendant

I consent to the above substitution and appear generally on behalf of the defendant.

Dated: May 27, 2008

s/Frank J. Ragen
FRANK J. RAGEN
Attorney at Law
Email: fjragen@aol.com

I consent to the above substitution.

Dated: May 27, 2008

s/Ira Lee Plummer
IRA LEE PLUMMER
Attorney at Law
Email: irafam@aol.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08CR01540-JM |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| STEVEN ZUFALL (4), ) | |
| Defendant. ) | |

**IT IS HEREBY CERTIFIED THAT:**

I, LALANYA N. HAM, am a citizen of the United States and am at least eighteen years of age. My business address is 105 West F Street, Ste. 215, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served **SUBSTITUTION OF ATTORNEY** to the following ECF participants on this case:

**Michael Stephen Berg**
  msberg@attglobal.net

**Julie A Blair**
  julieannblair@hotmail.com

**Ricardo M Gonzalez**
  ricardo@attorneygonzalez.com,mongonz@cox.net

**Eugene G Iredale**
  egiredale@yahoo.com,grace.s.jun@gmail.com

**Alex L Landon**
  mccabeatty@aol.com,negall1018@aol.com

**Martin G Molina**
  mmolinaesq@yahoo.com,mmolinaesq@sbcglobal.net

**William K Mueller**
  muellerwllm@yahoo.com,khilz007@yahoo.com

**Michael Pancer**
  mpancer@hotmail.com

**Ira Lee Plummer**
    irafam@aol.com

**Jan E Ronis**
    jan@ronisandronis.com,rebecca@ronisandronis.com

**Nancy Bryn Rosenfeld**
    nrosenfeld@aol.com

**L Marcel Stewart**
    lmslaw@att.net,lmarcelstewart@hotmail.com

**Guadalupe Valencia**
    gvalencialaw@yahoo.com,nrodoffice@yahoo.com

**Stewart Michael Young**
    stewart.young@usdoj.gov,lilian.ruiz@usdoj.gov,efile.dkt.gc1@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2008.

                                                */s/ Lalanya Ham*
                                                LALANYA N. HAM