AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ SOUTHERN _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA
V.

STEVEN ZUFALL

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-CR-1540 JM

I, STEVEN ZUFALL, the above named defendant, who is accused of

21 U.S.C. Section 841(a) AND 846, Conspiracy to Manufacture Marijuana

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/27/08 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
           Judge

```
FILED
JUN 27 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      MP           DEPUTY
```

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd