FILED
JUN 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZUFALL (D4),<br><br>Defendant. | Criminal Case No. <u>08-CR-1540</u><br><br>I N F O R M A T I O N<br>**(Superseding)**<br>Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Manufacture Marijuana<br>Title 21, U.S.C., Sec. 853 Criminal Forfeiture |

The United States Attorney charges:

Beginning at a date unknown and continuing up to and including April 14, 2008, within the Southern District of California, defendant STEVEN ZUFALL did conspire with THOMAS SWIFT and KEVIN KENNEDY, and with others known and unknown, to manufacture a controlled substance, to wit, 1000 and more marijuana plants; and specifically: 3,257 marijuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

FORFEITURE ALLEGATION

1. The allegation contained in the above count of this Information is realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States

of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offense alleged in Count 1 of this Information, said violation being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a)(1), defendant STEVEN ZUFALL shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the offense, including, but not limited to, U.S. currency in the amount of $1,004.

3. As a result of the commission of the felony offense alleged in Count 1 of this Information, said violation being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a)(2), defendant STEVEN ZUFALL shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Information, including but not limited to: $1,004.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant -

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of this Court;

(d) has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: June 27, 2008.

KAREN P. HEWITT
United States Attorney

STEWART M. YOUNG
Assistant U.S. Attorney